SALVATORE CANNAZZARI, ADMINISTRATOR AD PROSE-
QUENDUM OF THE ESTATE OF STOKEY CANNAZZARI,
DECEASED, PLAINTIFF, v. TRIANGLE BUS COMPANY,
DEFENDANT.

Submitted October term, 1927—Decided March 29, 1928.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the rule, *Schneider & Schneider*.

*Contra, Mark Townsend, Jr.*

PER CURIAM.

This is the defendant's rule for a new trial. The plaintiff,
Salvatore Cannazzari, as administrator *ad prosequendum,* re-
covered a verdict at the Essex Circuit of the Supreme Court
against the defendant for the death of Stokey Cannazzari.

Of the reasons assigned for making the rule absolute, two
are argued. These are that the court erred in its charge to
the jury, and that it should have submitted the question of
the negligence of the deceased, Stokey Cannazzari, to the jury.

Neither of these reasons we think are well founded. The
portion of the charge complained of is this: "The defendant
was operating a bus which was driven by its employe, Richard
Kampf, and, of course, if Richard Kampf was guilty of neg-
ligence, the defendant can be held, and so the testimony of
the driver is particularly interesting." It is contended that
this charge improperly omitted to instruct the jury as to the

causal relation between the accident and the death of Can-
nazzari.

Our examination of the evidence convinces us that the neg-
ligence of the defendant, if it existed, was so clearly the cause
of the accident that the trial judge was justified in assuming
such to be the fact and in refraining from charging other-
wise than he did. We also think that contributory negligence
of the deceased was not an issue in the case, and, therefore,
the trial judge did not err in failing to submit it to the jury.
The proofs were that the deceased was riding as a passenger
in the rear seat of a Ford touring car being driven by one
Sherman. A collision occurred between this car and a bus
of the defendant company. There was no evidence upon which
it could be held that the deceased was in any wise responsible
for the operation of the touring car, or for the accident which
caused his death.

The rule for new trial is discharged.